## ATTACHMENT B
### LIST OF ITEMS TO BE SEIZED AND SEARCHED

I. **Information to be disclosed by Dropbox**

To the extent that the information described below is within the possession, custody, or control of Dropbox, including any messages, records, files, logs, or information that have been deleted, but are still available to Dropbox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox is required to disclose the following information to the government:

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Dropbox passwords, Dropbox security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Dropbox activities;

(c) All photos and videos uploaded by lotoflovingdaddy@gmail.com and all photos and videos uploaded by any user;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Dropbox user identification numbers; groups and networks of which the user is a member, including the groups' Dropbox group identification numbers; future and past event postings; rejected "Follow" requests; comments; gifts; pokes; tags; and information about the user's access and use of Dropbox applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Follow" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Favorite" feature, including all Dropbox posts and all non-Dropbox WebPages and content that the user has "liked";

(i) All information about the Dropbox pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Dropbox searches performed by the account;

(l) The types of service utilized by the user;

(m) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(n) All privacy settings and other account settings, including privacy settings for individual Dropbox posts and activities, and all records showing which Dropbox users have been blocked by the account;

(o) All records pertaining to communications between Dropbox and any person regarding the user or the user's Dropbox account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2251, 2252, and 2252A involving the account

associated with lotoflovingdaddy@gmail.com pertaining to the production, receipt, distribution and possession of child pornography images.

### III. Method of delivery

Items seized pursuant to this search warrant can be served by sending, on any digital media device to the Task Force Officer Charles Root, at the Joplin Police Department, 303 East Third Street, Joplin, Missouri 64801.