# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A DROPBOX INC. USER ACCOUNT<br>ASSOCIATED WITH EMAIL ADDRESS<br>LOTOFLOVINGDADDY@GMAIL.COM | )<br>)<br>) Case No. 19-SW-2079 DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

A Dropbox account registered to a user with email address "lotoflovingdaddy@gmail.com," further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Instrumentalities, fruits, and evidence of crimes which are more fully described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 5, 2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable David P. Rush___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___5/21/19 at 10:59 a.m.___      ___[signature]___
                                                                                *Judge's signature*

City and state: ___Springfield, Missouri___      ___Honorable David P. Rush, United States Magistrate___
                                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | | |
|---|---|---|
| **Return** | | |
| Case No.: | Date and time warrant executed: 05/21/19 - 2PM | Copy of warrant and inventory left with: Served on Dropbox.com |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

See attachment A

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/23/19

_____
Executing officer's signature

Charles Root FBI TFO
Printed name and title

## ATTACHMENT A
### *PROPERTY TO BE SEARCHED*

The Dropbox Inc. account that is associated with the email address "lotoflovingdaddy@gmail.com," maintained by Dropbox Inc., at 185 Berry Street, Suite 400 San Francisco, California 94107, a location within the Northern District of California.